HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DANIEL EUGENE RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:18-CR-184 MCE |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER VACATING** |
| v. | ) **PRELIMINARY EXAMINATION** |
| | ) **AND RESCHEDULING ARRAIGNMENT** |
| DANIEL EUGENE RUIZ, | ) |
| | ) |
| Defendant. | ) Date:   September 19, 2018 |
| | ) Time:   2:00 p.m. |
| | ) Judge:  Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed between plaintiff,

United States of America, and defendant, Daniel Eugene Ruiz,

that the preliminary hearing scheduled for September 19, 2018,

may be vacated and arraignment on the above indictment

reschedule for September 20, 2018, at 2:00 p.m.

On September 13, 2018, the government obtained a Grand Jury

indictment on the charges alleged in complaint number 2:18-MJ-

00169.  The indictment obviates the need to hold the preliminary

examination scheduled for September 19.  The parties ask the

Court to postpone arraignment to the following day, September 20 at 2:00 p.m., due to the unavailability of defense counsel on September 19.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:   September 17, 2018      /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DANIEL E. RUIZ


McGREGOR SCOTT
United States Attorney

Dated:   September 17, 2018      /s/ T. Zindel for J. Lee
JUSTIN LEE
Assistant U.S. Attorney


**O R D E R**

   The preliminary hearing scheduled for September 19, 2018, is vacated in light of the above-captioned indictment. Arraignment is hereby scheduled for Thursday, September 20, 2018, at 2:00 p.m.

   IT IS SO ORDERED.

Dated:   September 17, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE