HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DANIEL EUGENE RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL EUGENE RUIZ,<br><br>Defendant. | Case No.  2:18-CR-0184 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   February 21, 2019<br>Time:   10:00 a.m.<br>Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Daniel E. Ruiz, and

plaintiff, United States of America, that the status conference scheduled for February

21, 2019, may be continued to April 4, 2019, at 10:00 a.m.

The government has provided discovery, review of which is ongoing.  The

defense has ordered records that will bear on resolution of the case and seeks time to

receive and review them.  For these reasons the parties ask to continue the status

conference to April 4, 2019, and to exclude time through that date to give them

adequate time to prepare, pursuant to Title 18, United States Code, Section

3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice to be served by this continuance outweigh the best interests of Mr. Ruiz and the public in a speedy trial, and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  February 19, 2019          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for DANIEL EUGENE RUIZ

                                   McGREGOR SCOTT
                                   United States Attorney

Dated:  February 19, 2019          /s/  T. Zindel for J. Lee
                                   JUSTIN LEE
                                   Assistant U.S. Attorney

# O R D E R

The status conference set for February 19, 2019, is continued to April 4, 2019, at 10:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through April 4, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  February 20, 2019

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE