HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DANIEL EUGENE RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DANIEL EUGENE RUIZ,<br><br>  Defendant. | Case No. 2:18-CR-0184 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: April 4, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Daniel E. Ruiz, and plaintiff, United States of America, that the status conference scheduled for April 4, 2019, may be continued to May 16, 2019, at 10:00 a.m.

The government has provided discovery, review of which is ongoing. The defense has ordered records that will bear on resolution of the case and seeks time to receive and review them. For these reasons the parties ask to continue the status conference to May 16, 2019, and to exclude time through that date to give them adequate time to prepare, pursuant to Title 18, United States Code, Section

-1-

3161(h)(7)(A) and (B)(iv). The parties agree that the interests of justice to be served by this continuance outweigh the best interests of Mr. Ruiz and the public in a speedy trial, and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: April 1, 2019  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DANIEL EUGENE RUIZ

McGREGOR SCOTT
United States Attorney

Dated: April 1, 2019  /s/ T. Zindel for J. Lee
JUSTIN LEE
Assistant U.S. Attorney

**ORDER**

The status conference set for April 4, 2019, is continued to May 16, 2019, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 16, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 8, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-