UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 15, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL EUGENE RUIZ,<br><br>　　　　Defendant. | Case No.  2:18-cr-00184-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANIEL EUGENE RUIZ , Case No.  2:18-cr-00184-JAM   Charge 18 U.S.C. § 371, from custody for the following reasons:

　　_____ Release on Personal Recognizance

　　_____ Bail Posted in the Sum of $ _____

　　　　_____ Unsecured Appearance Bond $ _____

　　　　_____ Appearance Bond with 10% Deposit

　　　　_____ Appearance Bond with Surety

　　　　_____ Corporate Surety Bail Bond

　　　x　　 (Other):  Released from USMS at 9:00 AM on 12/16/2022 to Mr. Zindel.

Issued at Sacramento, California on December 15, 2022, at  2:45 PM.

　　　　　　　　　　　　By:  /s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　Magistrate Judge Carolyn K. Delaney